[No. 51680-9-I.   Division One.   May 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARDEN L.
WOLSEY, *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 01-1-01175-1, Michael F. Moynihan,
J., entered January 7, 2003. *Affirmed* by unpublished
opinion per Baker, J., concurred in by Ellington, A.C.J., and
Coleman, J.

[No. 51766-0-I.   Division One.   May 24, 2004.]

VAN TRINH, *Appellant*, v. DENNY WATSON, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-32162-7, Gregory P. Canova, J., entered
January 3, 2003. *Affirmed* by unpublished per curiam
opinion.

[No. 51875-5-I.   Division One.   May 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. K.J.R., *Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 02-8-01877-9, Norma Smith Huggins, J., en-
tered February 14 and March 5, 2003. *Affirmed* by unpub-
lished opinion per Appelwick, J., concurred in by Ellington,
A.C.J., and Baker, J.

[No. 51926-3-I.   Division One.   May 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS W. WEAVER,
*Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 02-1-01252-6, Michael F. Moynihan,
J., entered February 10, 2003. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Coleman and
Schindler, JJ.